### J. H. BUDD, Appellant, v. MADISON J. DRAIS, Respondent.

#### No. 2279; October 11, 1870.

**New Trial—Reversal of Order for.**—When it does not appear that there was a motion made for the new trial ordered by the trial court, nor an agreed or settled statement on such motion nor any affidavits, the order is to be reversed.

APPEAL from Fifth Judicial District, San Joaquin County.

Byers & Elliott for appellant; G. T. Martin for respondent.

TEMPLE, J.—The district court granted a new trial, but the record does not show that a motion for a new trial was

ever made, nor is there an agreed or settled statement on such motion, or any affidavits, as required by the Practice Act. The transcript contains what purports to be a statement on motion for a new trial, but it is neither settled nor agreed to, nor does it contain any specifications whatever of the grounds upon which the moving party relies. The statement should have been disregarded, for both reasons given.

The order granting a new trial is reversed, and cause remanded.

We concur: Rhodes, C. J.; Wallace, J.; Crockett, J.; Sprague, J.